## IN RE AYERS

No. 266P96

Case below: 122 N.C. App. 398

Petition by respondent (Dennis Martin Hall) for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

## IN RE ESTATE OF LEVY v. BROADWELL

No. 307P96

Case below: 108 N.C. App. 788

Petition by petitioners (Levy and White) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 September 1996.

## IN RE WHITLEY

No. 197P96

Case below: 122 N.C. App. 290

Petition by respondent (Keith Whitley) for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

## KING v. BENNETT

No. 318P96

Case below: 122 N.C. App. 752

Petition by plaintiff (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

## LANKFORD v. WRIGHT

No. 308PA96

Case below: 122 N.C. App. 746

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 5 September 1996.